# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Spine Imaging MRI, L.L.C., a Minnesota limited liability company, | File No.: 09-cv-1963 JRT/AJB |
| Plaintiff, | |
| v. | |
| Liberty Mutual Fire Insurance Company, a Wisconsin corporation, Allstate Insurance Company, an Illinois corporation, | **ORDER** |
| Defendants, | |// 

and

Liberty Mutual Fire Insurance Company,

    Third Party Plaintiff,

v.

Eduardo Bullon, individually; Rafael Mendez, individually; Central Medical Clinic, LLC; Dr. Alfonso Morales, M.D., individually; Northstar Radiology Corporation, P.A.; Dr. William Ford, M.D., individually and Dr. Hans Michael Castro, D.C., individually,

    Third-Party Defendants.

and

Spine Imaging MRI, L.L.C., a Minnesota Limited liability company,   File No.: 10-cv-480 JRT/AJB

    Plaintiff,

v.

Country Casualty Insurance Company, an Illinois corporation, Country Mutual

Insurance Company, an Illinois corporation,
And Country Preferred Insurance Company, a
Missouri corporation

    Defendants,

and

Spine Imaging MRI, L.L.C., a Minnesota      File No.: 11-cv-262 JRT/AJB
Limited liability company,

    Plaintiff,

v.

State Farm Mutual Automobile Insurance
Company, an Illinois Corporation,

    Defendant.

---

Eric C. Tostrud, Gregory J. Myers, Lockridge Grindal Nauen P.L.L.P., 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401 for Plaintiff Spine Imaging MRI, L.L.C. and Third Party Defendants Eduardo Bullon, Central Medical Clinic, LLC, Alfonso Morales-Utrilla, M.D., and Hans Michael Castro, D.C.;

Michael W. Lowden, Shari L. Lowden, The Lowden Law Firm, 4737 County Road 101, Suite 304, Minnetonka, MN 55345 for Defendant Liberty Mutual Insurance Company;

Richard S. Stempel, Bradley L. Doty, Stempel & Doty PLC, 41 12th Avenue North, Hopkins, MN 55343 for Defendant Allstate Insurance Company;

Leatha G. Wolter, Tamara L. Rollins, Meagher & Geer, P.L.L.P., 33 South Sixth Street, Suite 4400, Minneapolis, MN 55402 for Defendants Country Casualty Insurance Company, Country Mutual Insurance Company, and Country Preferred Insurance Company;

Donald Chance Mark, Jr., Alyson M. Palmer, Fafinski Mark & Johnson, PA, Flagship Corporate Center, Suite 400, 775 Prairie Center Drive, Eden Prairie, MN 55344, for Third Party Defendants William Ford, M.D. and Northstar Radiology Corporation, P.A.

William L. Moran, Michael M. Carter, Murnane Brandt, 30 East Seventh Street, Suite 3200, St. Paul, MN 55101 for Defendant State Farm Mutual Automobile Insurance Company

3

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated December 16, 2011, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that the Motions to Consolidate by Liberty Mutual Fire Insurance Company, Allstate Insurance Company, Country Mutual Insurance Company, Dr. William Ford, and Northstar Radiology [Docket No. 224 (for 09-cv-1963) and Docket No. 54 (for 10-cv-480)] are **DENIED**.


Dated: January 9, 2012                       _s/ John R. Tunheim_
at Minneapolis, Minnesota                JOHN R. TUNHEIM
                                                          United States District Judge